UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ANY AND ALL JOINT VENTURE UNITS OF MORGAN INTEREST HOLDERS HELD IN THE MORGAN KING OF PRUSSIA JOINT VENTURE, TRACEABLE TO THE FOLLOWING REAL PROPERTIES WHICH WERE CONTRIBUTED TO SUCH JOINT VENTURE:

5111 BALL ROAD, SYRACUSE, NEW YORK, KNOWN AS HIGH ACRES APARTMENTS;

2161 CAMELOT DRIVE, HARRISBURG, PENNSYLVANIA, KNOWN AS KING'S MANOR APARTMENTS;

140 WESTBROOK HILLS DRIVE, SYRACUSE, NEW YORK, KNOWN AS MORGAN MEADOWS APARTMENTS;

1 OAKMONTE BOULEVARD, WEBSTER, NEW YORK, KNOWN AS OAKMONTE APARTMENT HOMES;

825 RIDGEWOOD DRIVE, FORT WAYNE, INDIANA, KNOWN AS THE SUMMIT AT RIDGEWOOD;

40 WEBSTER MANOR DRIVE, WEBSTER, NEW YORK, KNOWN AS WEBSTER MANOR APARTMENTS; and

137 RINGNECK DRIVE, HARRISBURG, PENNSYLVANIA, KNOWN AS THE VILLAGE OF LAUREL RIDGE I,

Defendants.

**Civil Action No.: 20-cv-00334-EAW**

**VERIFIED CLAIM OF JAMES MARTIN**

Pursuant to Rule G (5) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, James Martin, individually ("Claimant") hereby makes claim to certain of the Assets named herein as Defendants, and in which Claimant has a beneficial interest, as follows:

| **Identification of Specific Asset** | **Claimant's Interest in Each Such Asset** |
|---|---|
| One-Third All Class A and Class B Joint Venture Units traceable to Oakmonte Apartment Homes. | Claimant is or formerly was a shareholder of record of one-third (1/3) of all of the outstanding shares of stock, voting and non-voting of Maplewood MHP, Inc., a Delaware corporation ("Maplewood") and of Schiavi Properties, a Maine corporation ("Schiavi" and, together with Maplewood, the "Corporations"). The Corporations are the legal owners and holders of record of all of the Class A and Class B Joint Venture Units traceable to Oakmonte Apartment Homes. Claimant is also the president and Treasurer of the Corporations. |

**VERFIICATION**

I am informed and know the matters stated herein to be true and accurate to the best of my knowledge, information and belief. Pursuant to 28 USC §1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20th day of July, 2020.

James Martin

Dated: July 20 , 2020

{8171110: }

Respectfully submitted,

WOODS OVIATT GILMAN LLP

By: ______________________

Warren B. Rosenbaum, Esq.
Erin E. Elmouji, Esq.
Attorneys for Claimant
1900 Crossroads Building
Rochester, New York 14604
585-987-2800
wrosenbaum@woodsoviatt.com
eelmouji@woodsoviatt.com