Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CIVIL CASE** <br> CASE NUMBER: 20-CV-334 |
| v. | |
| ANY AND ALL JOINT VENTURE UNITS OF MORAGN INTEREST HOLDERS, ET AL. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Plaintiff's Motion for a Post-Complaint Restraining Order is Denied; that the Plaintiff's Motion to Amend is Denied as moot; and that the Defendants' Motion to Dismiss is Granted without prejudice for lack of in rem jurisdiction.

| | |
|---|---|
| Date: March 14, 2022 | MARY C. LOEWENGUTH <br> CLERK OF COURT |
| | By: s/ Jennifer V. <br>         Deputy Clerk |